**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ARIANNA CLARISSA ARROYO,

                         Plaintiff,

    -against-                                   20 **CIVIL** 9364 (OTW)

                                                        **<u>JUDGMENT</u>**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                         Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 25, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, the Commissioner's Cross-Motion for Judgment on the Pleadings be DENIED, and the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:**  New York, New York

        July 26, 2022

                                                         **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                      **BY:**     *K. Mango*
                                                           **Deputy Clerk**